﻿Citation Nr: AXXXXXXXX
Decision Date: 01/08/19 Archive Date: 01/07/19

DOCKET NO. 181029-756
DATE: January 8, 2019

REMANDED

Whether the previously denied claim for service connection for cholecystectomy (claimed as removal of gallbladder) can be readjudicated under the new and relevant evidence standard is remanded.

Service connection for bilateral plantar fasciitis is remanded.

Service connection for bronchitis is remanded.

Service connection for insomnia is remanded.

Service connection for left ankle strain is remanded.

Service connection for right and left knee disorders is remanded.

Service connection for prostatitis (claimed as urinary frequency) is remanded.

Service connection for sinusitis is remanded.

Service connection for tinea rash on arms and chest is remanded.

Service connection for upper respiratory infection is remanded.

A compensable disability rating for bilateral hearing loss is remanded.

A compensable disability rating for costochondritis (claimed as chest pain and chest wall syndrome anterior) is remanded.

A disability rating higher than 10 percent for a lumbosacral spine disability, including degenerative disc disease and intervertebral disc syndrome, is remanded.

A disability rating higher than 20 percent for a cervical spine disability, including intervertebral disc syndrome, is remanded.

REASONS FOR REMAND

The Veteran served on active duty from April 1980 to January 2001.

The Board notes that the July 2018 rating decision on appeal did not include a decision on the Veteran’s claim regarding his rating for his service-connected irritable bowel syndrome, gastroesophageal reflux disease, gastritis, and duodenitis. Furthermore, the Veteran filed a supplemental claim regarding that matter in October 2018. That matter is not before the Board.

On August 23, 2017, the President signed into law the Veterans Appeals Improvement and Modernization Act, Pub. L. No. 115-55 (to be codified as amended in scattered sections of 38 U.S.C.), 131 Stat. 1105 (2017), also known as the Appeals Modernization Act (AMA). This law creates a new framework for Veterans dissatisfied with VA’s decision on their claim to seek review. The Board is honoring the Veteran’s choice to participate in VA’s test program RAMP, the Rapid Appeals Modernization Program.

The new and material evidence issue regarding cholecystectomy has been recharacterized to reflect the new evidentiary standard under the AMA. Pub. L.No. 115-55, § 5108, 131 Stat. 1105, 1109.

The claims on appeal before the Board are remanded, including the service connection claims for:

1. bilateral plantar fasciitis,

2. bronchitis,

3. insomnia,

4. left ankle strain,

5. right and left knee disorders,

6. prostatitis,

7. sinusitis,

8. tinea rash on arms and chest, 

9. upper respiratory infection, and 

10. previously denied cholecystectomy 

and the increased rating claims for:

11. a compensable disability rating for bilateral hearing loss,

12. a compensable disability rating for costochondritis,

13. a disability rating higher than 10 percent for a lumbosacral spine disability, and

14. a disability rating higher than 20 percent for a cervical spine disability.

Prior to the July 2018 rating decision on appeal, the evidence of record (including private medical records from Dr. M.S.) indicated relevant outstanding Martin Army Community Hospital (MACH) treatment records. Prior to the current claim, the Veteran also indicated that he had received treatment from the Martin Army Hospital. Although the Veteran has submitted some emergency room records from MACH, they also indicate that he receives regular outpatient treatment from MACH. A remand is required to allow VA to obtain these records. 

2. The matters are REMANDED for the following actions:

1. Obtain the Veteran’s federal records from Martin Army Community Hospital. Document all requests for information as well as all responses in the claims file.

2. Perform any additional development deemed warranted following the obtaining of such records, to possibly include obtained VA examinations for some issues if warranted.

 

H.M. WALKER

Veterans Law Judge

Board of Veterans’ Appeals

ATTORNEY FOR THE BOARD A. Lindio